[No. 8424–4–II.   Division Two.   August 17, 1987.]

KJERSTI JOHNSON, ET AL, *Respondents,* v. JAMES E. MCNERTHNEY, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Pierce County, No. 83–2–00380–1, William L. Brown, Jr., J., entered January 11, 1985. *Reversed* by unpublished opinion

per Alexander, J., concurred in by Reed, C.J., and Worswick, J.